IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JACK PHILLIP RANDALL, § | |
| Plaintiff/Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 00-MC-15 |
| § | |
| THE UNITED STATES OF AMERICA, § | |
| Defendant/Respondent. § | |

## ORDER DENYING APPLICATION TO PROCEED
## *IN FORMA PAUPERIS*

This Court has before it for consideration Plaintiff, Jack Phillip Randall's, Application to Proceed *in Forma Pauperis*. Having reviewed the entire file, it is the opinion of this Court that such Application is a frivolous action, as defined by 28 U.S.C. §1915 (e)(2)(B)(i); and fails to state a claim on which relief may be granted, as defined by 28 U.S.C. §1915 (e)(2)(B)(ii).

It is therefore ORDERED, ADJUDGED and DECREED, that Plaintiff's Application to *Proceed in Forma Pauperis* is **DENIED**.

DONE in Brownsville on this the 14th day of April, 2000.

_____
Filemon B. Vela
United States District Judge