THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACK PHILLIP RANDALL,<br>Plaintiff/Petitioner | § § § § | |
| v. | § § | CIVIL ACTION NO. 00-MC-15 |
| UNITED STATES OF AMERICA,<br>Defendant/Respondent. | § § § | |

United States District Court
Southern District of Texas
ENTERED

MAY 18 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER DENYING MOTION TO RECONSIDER

This Court has before it JACK PHILLIP RANDALL's Motion to Reconsider his Application to Proceed *In Forma Pauperis*. Having reviewed this Court's Order Denying Application to Proceed *In Forma Pauperis* dated April 14, 2000 and the entire file, it is the opinion of this Court that such Motion to Reconsider should be **DENIED**.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that such Motion to Reconsider is **DENIED**.

Done on this the 16th day of May, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Court